FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 14 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

09-CV-01041-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRE K. HARRIS, | CASE NO. C09-1041-JLR |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 14th day of September, 2009.

JAMES L. ROBART
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1